IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02002-RPM
Criminal Action No. 01-cr-00395-RPM-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACK DOWELL,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order on Motions and for Final Judgment, by Senior District Judge Richard P. Matsch, entered July 19, 2013, it is

ORDERED that Jack Dowell's Motion under 28 U.S.C. § 2255 is denied and Civil Action No. 07-cv-02002-RPM is dismissed.

DATED: July 19th, 2013

                FOR THE COURT:
                Jeffrey P. Colwell, Clerk

                      s/J. Chris Smith
                By _____
                      Deputy Clerk